# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## JUDGMENT RENDERED AUGUST 25, 2022
---

---
## NO. 03-22-00260-CV
---

**L. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on April 19, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.